

**CAUSE NO. 12-15-00107-CR**
**CAUSE NO. 12-15-00108-CR**

**IN THE COURT OF APPEALS**

**TWELFTH COURT OF APPEALS DISTRICT**

**TYLER, TEXAS**

| | | |
|---|---|---|
| **CHRISTOPHER RAY OLIVAREZ,** | } | **APPEALED FROM 3RD DISTRICT** |
| **APPELLANT** | | |
| **V.** | } | **COURT IN AND FOR** |
| **THE STATE OF TEXAS,** | } | **ANDERSON COUNTY, TEXAS** |
| **APPELLEE** | | |

**ORDER**

Appellant is represented by Mr. Colin D. McFall, appointed counsel. On April 24, 2015, this Court notified Appellant's counsel that a Docketing Statement was to be filed and gave him until May 4, 2015, to file it. TEX. R. APP. P. 32.2. Thereafter, when no Docketing Statement was filed, Appellant's counsel was again notified on May 5, 2015, that the Docketing Statement was past due and was given until May 15, 2015, to file a Docketing Statement. As of the date of this Order, no satisfactory response has been received.

Pursuant to TEX. R. APP. P. 32.2 it is ORDERED that the Honorable Bascom W. Bentley III, Judge of the 3rd District Court of Anderson County, shall immediately conduct a hearing to determine the cause of counsel's failure to file the Docketing Statement and whether the Appellant has abandoned the appeals.

It is FURTHER ORDERED that the trial court determine whether: (1) Appellant is indigent and entitled to the appointment of counsel on appeal; (2) Appellant has sufficient funds to retain counsel; or (3) Appellant desires to represent himself on appeal.

It is ADDITIONALLY ORDERED that once findings are made as to the above issues, the trial court shall appoint counsel, give Appellant an appropriate deadline for retaining counsel,

or administer the appropriate warnings concerning the dangers of self-representation, in accordance with its findings and the court shall also take necessary action to insure the prompt filing of the Docketing Statement with this Court.

It is FINALLY ORDERED that a supplemental record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto be certified to this Court on or before **June 18, 2015**.

WITNESS the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 19th day of May 2015, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk